```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OKITA ALLEN, as                   :     CIVIL ACTION
administratrix of the estate      :
of Carnez William Boone, Jr.,     :
and individually                  :
                                  :
          v.                      :
                                  :
YOUTH EDUCATIONAL SERVICES        :
OF PA, LLC, et al.                :     NO. 12-4269
```

ORDER

AND NOW, this 20th day of March, 2014, upon consideration of the Defendants, Youth Educational Services of PA, LLC, et al.'s Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 20), and the opposition thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendants' motion is GRANTED.  This case is hereby dismissed with prejudice.  This case is closed.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.